USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Shixu Bai,                                   :     20-CV-4942 (AJN) (RWL)

                    Plaintiff,    :

        - against -                     :     **ORDER**

Tegs Management, LLC, et al.,        :

                 Defendants.  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     This matter has been referred to me for general pretrial purposes. The scheduling order entered by Judge Nathan (Dkt. 30) identifies certain issues the parties sought to discuss with the Court. The Court will schedule a case management conference to address these issues.

                               SO ORDERED.

                               _____
                               ROBERT W. LEHRBURGER
                               UNITED STATES MAGISTRATE JUDGE

Dated: October 22, 2020
       New York, New York

Copies transmitted this date to all counsel of record.