**JOSHUA NESSEN, ESQ.**
The Maddox Law Firm, LLC
125 Elm Street
New Canaan, CT 06840
Telephone: (203) 972-5851
Facsimile: (203) 972-5886
Email: joshua.nessen@mmaddoxlaw.com
maddoxteam@mmaddoxlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/20
```

November 20, 2020

<u>VIA ECF</u>

Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

        **Re: Shixu Bai v. Tegs Management, LLC, Grand Market International Corporation, Serge Bauer, P.C., and Serge Bauer**
        **1:20-cv-04942 (AJN)(RWL)**
        <u>**(Motion for 2-day extension to file First Amended Complaint)**</u>

Dear Judge Nathan:

    On behalf of Plaintiff, we write with the consent of all Defendants' Counsel to request a two-day extension of the time to serve and file Plaintiff's First Amended Complaint in this matter, from Monday November 23 to Wednesday November 25, 2020.

    Thank you for consideration of this request.

SO ORDERED.

        Respectfully Yours,

        */s/ Joshua Nessen*
        Joshua Nessen, Esq.
        The Maddox Law Firm, LLC
        *Attorneys for Plaintiff Shixu Bai*

11/20/20
[signature]
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

Cc: Arthur Rosenberg, Esq.
    Gregg D. Weinstock, Esq.

**JOSHUA NESSEN, ESQ.**
The Maddox Law Firm, LLC
125 Elm Street
New Canaan, CT 06840
Telephone: (203) 972-5851
Facsimile: (203) 972-5886
Email: joshua.nessen@mmaddoxlaw.com
maddoxteam@mmaddoxlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHIXU BAI,

          Plaintiff,

   -against –

TEGS MANAGEMENT, LLC,
GRAND MARKET INTERNATIONAL CORP.,
SERGE BAUER, P.C., and SERGE BAUER,

          Defendants.
-------------------------------------------------------------X

Civil Action No. 1:20-cv-04942

(AJN)(RWL)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Letter Motion from Joshua Nessen, Esq. to United States District Judge Alison J. Nathan, dated November 20, 2020, has been served on Defendants by sending it to their attorneys via ECF and E-mail to Arosenberg@kanekessler.com and G.Weinstock@vbpnplaw.com on this 20th day of November 2020.

Dated: November 20, 2020          By:    */s/ Joshua Nessen*
     New Canaan, CT                                  Joshua Nessen, Esq.
                                                      The Maddox Law Firm