USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shixu Bai,

            Plaintiff,

—v—

Tegs Management, LLC, *et al.*,

            Defendants.

20-CV-4942 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the fact that the Plaintiff filed a Second Amended Complaint, Dkt. No. 63, and all Defendants have moved to dismiss the Second Amended Complaint, Dkt. Nos. 73, 74, the Court orders as follows: Defendants Grand Market International Corporation and Tegs Management LLC's motion to dismiss the original complaint, Dkt. No. 18, is denied as moot; Defendants Grand Market International Corporation and Tegs Management LLC's motion to dismiss the first amended complaint, Dkt. No. 50, is denied as moot; Defendants Serge Bauer and Sergue Bauer, P.C.'s motion to dismiss the first amended complaint, Dkt. Nos. 53, 54, is denied as moot; Plaintiff's first motion for extension of time to amend the complaint, Dkt. No. 61, is denied as moot, *see* Dkt. No. 62.

    The Court will resolve the motions to dismiss the Second Amended Complaint, Dkt. Nos. 73, 74, in due course.

    This resolves Dkt. Nos. 18, 50, 53, 54, 61.

SO ORDERED.

Dated: May 25, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge