UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Shixu Bai,

                Plaintiff,

     - against -

Tegs Management, LLC, et al.,

               Defendants.
------------------------------------------------------------X

20-CV-4942 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the conference held on July 1, 2021, any motion to dismiss by any Defendant shall be due July 23, 2021; Plaintiff's responses shall be due September 3, 2021; and Defendants' replies, if any, shall be due September 24, 2021.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 1, 2021
      New York, New York

Copies transmitted this date to all counsel of record.

1