```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
SHIXU BAI,                               :
                                         :
                        Plaintiff,       :
              -v-                        :     20cv4942 (DLC)
                                         :
TEGS MANAGEMENT, LLC et al.,             :        ORDER
                                         :
                        Defendants.      :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

    This case was reassigned to this Court's docket on December 10, 2021. The defendants' motion to dismiss is currently pending before this Court. Pursuant to this Court's individual practices in civil cases, it is hereby

    ORDERED that the parties shall, by December 29, 2021, provide courtesy copies of all briefing submitted in connection with the defendant's motion to dismiss to Chambers by delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
           December 20, 2021

                                        DENISE COTE
                              United States District Judge