UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SHIXU BAI,                              :
                                        :
                        Plaintiff,      :
            -v-                         :         20cv4942 (DLC)
                                        :
TEGS MANAGEMENT, LLC et al.,            :            ORDER
                                        :
                        Defendants.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

　　This case was reassigned to this Court's docket on December 10, 2021.  The defendants' motion to dismiss is currently pending before this Court.  The plaintiff's briefs filed on ECF are not in text searchable format.  Pursuant to Rule 23.3 of this district's ECF Rules & Instructions (updated February 1, 2021), documents filed by parties on the ECF system must be in text searchable format.  It is hereby

　　ORDERED that the plaintiff shall, by **February 17, 2022,** upload text searchable documents of all briefing by the plaintiff submitted in connection with the defendant's motion to dismiss.

Dated:    New York, New York
          February 16, 2022

                                        _____
                                              DENISE COTE
                                        United States District Judge