UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SHIXU BAI,

                    Plaintiff,

    -against-

TEGS MANAGEMENT, LLC et al.,

                    Defendants.
---------------------------------------------------------------X

20 **CIVIL** 4942 (DLC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 1, 2022, the Defendants' July 22, 2021 motion to dismiss the TAC is granted; accordingly, the case is closed.

**Dated:** New York, New York

        March 2, 2022

                                                    **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                      BY: _____

                                                    **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/2022